UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

## STANDING ORDER OF REQUIREMENTS
## PERTAINING TO SECURED BONDS
## SET BY MAGISTRATE JUDGE AUDREY G. FLEISSIG

### I. POSTING REAL PROPERTY TO SECURE A BOND

If you are posting real property as security for a defendant's release on bond, counsel for defendant must submit to the Court:

1. a copy of a current paid real estate tax receipt;

2. proof of ownership of the property, i.e., a General Warranty Deed, Deed of Trust, or Quit Claim Deed (note: all individuals named on the deed must be present to sign bond documents);

3. current appraisal or other documents showing current value of property, e.g., tax receipt (see 1. above), tax assessment, or insurance policy; and

4. if there is a mortgage on the property, documents showing the amount of the mortgage and the balance currently owed.

Copies of these documents must be delivered to the Clerk's Office, and a copy must also be provided by defendant's counsel to the Assistant United States Attorney of record in this case.

Upon receipt of all the necessary documents, the Court will consider whether the property at issue may be posted as surety.

### II. POSTING CASH TO SECURE A BOND

The Eastern District of Missouri only accepts cash or a cashier's check (made payable to Clerk - United States District Court) for bonds. The funds should be delivered to the Clerk's Office.

### CONTACTS

| | |
|---|---|
| Karen Moore | (314) 244-7920 |
| Lori Miller-Taylor | (314) 244-7910 |
| Jim Woodward | (314) 244-7890 |